Kevin HURLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40887.

Missouri Court of Appeals, Western District.

May 16, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Elizabeth L. Ziegler, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and MANFORD and NUGENT, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief after a hearing.

Affirmed. Rule 84.16(b).

Henry PRYOR, Jr., Appellant,

v.

STATE of Missouri, Respondent.

No. WD 41607.

Missouri Court of Appeals, Western District.

May 23, 1989.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 27, 1989.

Sean D. O'Brien, Public Defender, John L. Vohs, Asst. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Robert V. Franson, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, P.J., and CLARK and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from denial of Rule 24.035 motion for post-conviction relief without a hearing.

Affirmed. Rule 84.16(b).